UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
Eastern Division

In the Matter of 2019V01400

                         Plaintiff,

v.                                                        Case No.: 1:19–cv–04512
                                                             Honorable Elaine E. Bucklo

                         Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 23, 2019:

      MINUTE entry before the Honorable Elaine E. Bucklo: Government's motion to seal pursuant to Local General Rule 26.2 [2] and its Ex Parte Application for Order Pursuant to the Treaty on Mutual Assistance in Criminal Matters [4] are granted. Enter Sealing Order. Mailed notice. (mgh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.